## No. 147.

### THE STATE OF LOUISIANA VS. CY. LANDRUM.

Affidavit for continuance which does not aver inability to prove the facts referred to otherwise than by the witnesses of whose absence complaint is made, is defective, and the refusal of the continuance is not error.

APPEAL from the Twenty-seventh District Court, Parish of Richland. *Williams*, J.

*P. H. Toler*, District Attorney, for the State, Appellee.

*E. C. Montgomery* for Defendant and Appellant.

The opinion of the Court was delivered by

FENNER, J.   The affidavit for continuance, the refusal of which is the only error assigned, is fatally defective in this: that it fails to aver inability to prove the facts referred to otherwise than by the witnesses of whose absence he complains.   State vs. Comstock, 36 Ann. 308. Bishop Cr. Proc., sec. 951 a.

Judgment affirmed.